| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA        §
                                                          §
                                                          §
*versus*                                              §        NO. 1:18-cr-90
                                                          §
                                                          §
IRIN LEE MONCEAUX                     §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the

Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to

applicable laws and orders of this court.  The court has received and considered the Judge's

Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1.    finding the Defendant violated the first allegation in the petition that he failed to follow
       a mandatory condition of release;

2.    revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.    sentencing Defendant to 21 months' imprisonment, with no term of supervised release,
       to run consecutively to the sentence imposed in the 14th Judicial District Court, Parish
       of Calcasieu, State of Louisiana, Case No. 6955-24. Defendant's request to serve his
       term of imprisonment at the Federal Correctional Institution in Oakdale, Louisiana,
       should be accommodated if the Bureau of Prisons is able to do so.

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for

the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to

revocation of supervised release and imposition of the sentence recommended.  The Defendant

also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Irin Lee Monceaux's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 1st day of June, 2026.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE